## ADELE M. COOKE *v.* BOARD OF EDUCATION OF THE CITY OF NORWALK ET AL.
### (13760)

O'Connell, Spear and Shea, Js.

Argued September 26—decision released October 17, 1995

*Edward J. Cooke, Jr.*, for the appellant (plaintiff).

*Thomas N. Sullivan*, for the appellees (defendants).

PER CURIAM. The judgment is affirmed.

## VONA LIMONE *v.* DONALD HAAG
### (13829)

Foti, Lavery and Cretella, Js.

Argued October 3—decision released October 24, 1995

*Gerald Hecht*, for the appellant (defendant).

*Steven M. Frederick*, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.